120

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHNNIE HALL, Defendant-Appellant.

(No. 58298; ▮▮▮▮▮▮▮▮▮

First District (5th Division)—November 30, 1973.

PER CURIAM.
SULLIVAN, J., took no part.

James J. Doherty, Public Defender, of Chicago (Thomas F. Finegan and Sheila Murphy Racey, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Mariann Twist, and Nicholas P. Iavarone, Assistant State's Attorneys, of counsel), for the People.